IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES WASHINGTON,

    Petitioner,

    v.

Case No. 19-cv-119-bbc

SUE NOVAK,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying James Washington's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 2/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |