IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. WASHINGTON,

    Petitioner,                                       ORDER

v.

                                                  19-cv-119-bbc

SUE NOVAK,                                  App. No.  21-01408

    Respondent.

On February 11, 2021, the court dismissed the habeas petition filed by petitioner James R. Washington pursuant to 28 U.S.C. § 2254.  Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*.  (Dkt # 44).  The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status.  *See* 28 U.S.C. § 1915(a)(2).  For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by April 14, 2021, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than April 14, 2021, petitioner James R. Washington shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately August 11, 2020 through at least February 11, 2021.  If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

2

Entered this 24th day of March, 2021.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge